United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OZZIE LEE,

    Plaintiff,

    v.

TEREX CORPORATION, *et al*.,

    Defendants.

Case No. 23-cv-04615-SI

**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO REMAND TO DECEMBER 15, 2023; SETTING SUPPLEMENTAL BRIEFING SCHEDULE ON MOTION TO REMAND AND SCHEDULE FOR MOTION TO INTERVENE BY LIBERTY ASSURANCE**

Re: Dkt. Nos. 20, 22-28

    Plaintiff's motion to remand is scheduled for a hearing on November 17, 2023. On October 20, 2023, proposed intervenor Liberty Mutual Insurance Company filed a "Notice of Joinder in Plaintiff's Motion to Remand," and on November 3, plaintiff filed a letter requesting that the Court grant Liberty's motion, filed in state court prior to removal, to intervene as subrogee for ACCO Engineered Systems. Defendant Terex objects to both filings as procedurally improper because Liberty has not been allowed to intervene and Liberty has not filed a motion to intervene in this court, and Terex complains that it has not had the opportunity to respond to the arguments made in Liberty's notice.

    In the interest of judicial efficiency, the Court CONTINUES the hearing on the motion to remand to December 15, 2023 at 10:00 a.m. The hearing will be conducted via zoom. The Court GRANTS Terex leave to file a sur-reply brief on the motion to remand no later than November 17, 2023. Plaintiff may file a response to the sur-reply no later than December 1.

    The Court also directs Liberty to file a motion to intervene no later than November 17 (the

docket in this case does not contain Liberty's state court motion to intervene).  Any opposition to the motion to intervene shall be filed by December 1, and the optional reply brief is due by December 8.

**IT IS SO ORDERED**.

Dated: November 7 2023

_____
SUSAN ILLSTON
United States District Judge