UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OZZIE LEE,

          Plaintiffs,

   v.

TEREX CORPORATION, et al.,

          Defendants.

Case No. 23-cv-04615-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 4/19/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  3/1/2024.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/22/2024.

DESIGNATION OF EXPERTS: 1/10/2025; REBUTTAL: 2/14/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/31/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/2/2025;
    Opp. Due: 5/16/2025; Reply Due: 5/23/2025;
    and set for hearing no later than 6/6/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  8/19/2025
PRETRIAL CONFERENCE DATE: 9/2/2025 at 1:30 PM.

JURY TRIAL DATE: 9/15/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 18, 2023

_____
SUSAN ILLSTON
United States District Judge