Richard A. Ergo (Bar No. 110487)
  *rergo@bowlesverna.com*
William  T. Nagle (Bar No. 180162)
  *wnagle@bowlesverna.com*
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone:  925.935.3300
Facsimile:  925.935.0371

Peter Dubrawski (Bar No. 65677)
  *pdubrawski@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendants and Defendants-in-Intervention, TEREX USA, LLC; GENIE INDUSTRIES, INC.; and TEREX SOUTH DAKOTA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OZZIE LEE,<br><br>          Plaintiff,<br><br>     v.<br><br>TEREX USA, LLC; GENIE INDUSTRIES, INC.; TEREX SOUTH DAKOTA, INC.; UNITED RENTALS, INC.; AND DOES 1-50, inclusive,<br><br>          Defendants.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, AS SUBROGEE FOR ACCO ENGINEERED SYSTEMS, INC.,<br><br>          Plaintiff-in-Intervention,<br><br>     v.<br><br>TEREX USA, LLC; GENIE INDUSTRIES, INC.; TEREX SOUTH DAKOTA, INC.; UNITED RENTALS, INC.; and DOES 1-50, inclusive, | Case No. 3:23-CV-04615-SI<br><br>[PROPOSED] **ORDER EXTENDING EXPERT DISCOVERY DEADLINE** |

TC16-0000063
4938-7361-2462.1

1

Case No. 3:23-CV-04615-SI
[PROPOSED] ORDER EXTENDING EXPERT
DISCOVERY DEADLINE

Defendants-in-Intervention.

Pursuant to the stipulation of the parties and good cause appearing:

1.      The expert discovery deadline in this matter is extended from May 22, 2026 to May 28, 2026 only as to expert witness Paul Guthorn.

2.      The expert discovery deadline in this matter is extended from May 22, 2026 to June 29, 2026 only as to expert witness Albert Retodo, M.D.

3.      The expert discovery deadline in this matter will remain on May 22, 2026 as to all other expert discovery.

IT IS SO ORDERED.

DATED:

_____
Hon. Susan Illston
United States District Court Judge