United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OZZIE LEE,

Plaintiff,

v.

UNITED RENTALS (NORTH AMERICA), INC., et al.,

Defendants.

Case No. 23-cv-04615-SI

**ORDER OVERRULING TEREX DEFENDANTS' OBJECTION**

Re: Dkt. No. 132

The Terex defendants object to plaintiff's submission of proposed questions for the juror questionnaire as untimely and as argumentative. Dkt. No. 132. On July 23, 2026, the Court issued an order permitting parties to propose additional questions for the standard jury questionnaire by July 28, 2026 at noon. Dkt. No. 129. Therefore, the Court overrules defendants' timeliness objection. The Court has directed the jury office to add questions No. 4 and No. 6 of plaintiff's submitted questions to the questionnaire. The pre-trial conference is scheduled for August 4, 2026.

**IT IS SO ORDERED**.

Dated: July 29, 2026

SUSAN ILLSTON
United States District Judge